**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERIC ROHRER,

        Plaintiff,

  v.

ACCOUNTS RECOVERY BUREAU, INC.
dba CBSJ FINANCIAL CORP.,

        Defendant.

————————————————————/

No. 4:11 cv 01200 YGR

**Order Vacating Dates and Setting
Compliance Conference**

TO ALL PARTIES AND COUNSEL OF RECORD:

     The Court understands, based upon the Notice of Settlement filed January 23, 2012, that the above-captioned case has settled.  Accordingly, all pending motion, case management and trial dates and deadlines are hereby vacated.  A Compliance Conference shall be held on Friday, March 30, 2012, on the Court's 9:01 a.m. Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California in a courtroom to be designated.

     Five (5) business days prior to the date of the Compliance Conference, the parties shall file either: (a) a joint stipulation for dismissal, or (b) a one-page JOINT STATEMENT setting forth an explanation regarding the failure to comply.  If compliance is complete, the parties need not appear and the Compliance Conference will be taken off calendar.

**IT IS SO ORDERED.**

Dated:  January 24, 2012

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE